Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                       Case No.:  22−10811−JNP
                                       Chapter:  13
                                       Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott J. Supplee
   aka Scott Josephe Supplee
   160 Briarwood Drive
   Cape May, NJ 08204

Social Security No.:
   xxx−xx−4418

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 23, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 23 − 3
Order Approving Interim Confirmation Order (related document:3 Chapter 13 Plan and Motions filed by Debtor Scott J. Supplee). Payments in the amount of $ $50.00 per month per month, beginning 3/1/2022. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/19/2022. Confirmation hearing to be held on 7/20/2022 at 09:00 AM at JNP − Courtroom 4C, Camden. (kvr)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 23, 2022
JAN: kvr

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Scott J. Supplee  
    Debtor

Case No. 22-10811-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: May 23, 2022      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| lm | + Email/Text: bankruptcyteam@quickenloans.com | May 23 2022 20:34:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | KML Law Group, PC, 216 Haddon Ave., Ste. 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruno Bellucci, III | on behalf of Debtor Scott J. Supplee jkearney@bellucilaw.net bbellucci@bellucilaw.net,jkearney@bellucilaw.net,kpalermo@bellucilaw.net |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 23, 2022 | Form ID: orderntc | Total Noticed: 1 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer L. Kearney
    on behalf of Debtor Scott J. Supplee jkearney@belluccilaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5