| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| *OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>Isabel C. Balboa, Esquire<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill 08002-2977 |

Order Filed on May 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | | Case No.: | 22-10811 |
|---|---|---|---|
| SCOTT J. SUPPLEE | | Chapter: | 13 |
| | Debtor(s) | Judge: | Jerrold N. Poslusny Jr. |

## INTERIM CONFIRMATION ORDER

The relief set for on the following page is hereby **ORDERED**.

**DATED: May 19, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court finds that interim confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest.   Therefore,

IT IS HEREBY ORDEERED as follows:

1. The Chapter 13 Plan dated 02/01/2022 is approved on an interim basis only.  The plan is subject to final confirmation and further order of the Court.  All of the rights of all parties are reserved until the final confirmation hearing.

2. The Standing Chapter 13 Trustee is authorized to make distribution, with a percentage fee, on account of the following claims:

    a) allowed attorneys' fees;

    b) secured creditors;

    c) priority creditors, and

    d) adequate protection payments provided for in the debtor's Chapter 13 plan.

3. The arrearage claim of the creditor <u>Rocket Mortgage</u> shall not be paid by the Standing Chapter 13 Trustee, as provided in the plan or as designated in the proof of claim, pending the termination of the Loss Mitigation Period.

4. The debtor(s) shall make periodic payments until further order of the Court as follows:  <u>$50.00</u> per month, beginning <u>03/01/2022</u>.

5. A hearing on final confirmation is scheduled for 7/20/2022 at  9:00 am, at the United States Bankruptcy Court, District of New Jersey, 401 Market Street, Camden, NJ 08101.

6. If the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-10811-JNP
Scott J. Supplee                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 23, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

**Recip ID     Recipient Name and Address**
db           + Scott J. Supplee, 160 Briarwood Drive, Cape May, NJ 08204-3842

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:**

**Name                 Email Address**

Bruno Bellucci, III
    on behalf of Debtor Scott J. Supplee jkearney@bellucilaw.net
    bbellucci@bellucilaw.net,jkearney@bellucilaw.net,kpalermo@bellucilaw.net

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jennifer L. Kearney
    on behalf of Debtor Scott J. Supplee jkearney@bellucilaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5