Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                     Case No.:   22−10811−JNP
                                     Chapter:   13
                                     Judge:   Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott J. Supplee
   aka Scott Josephe Supplee
   160 Briarwood Drive
   Cape May, NJ 08204

Social Security No.:
   xxx−xx−4418

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               July 19, 2022
Time:             11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*27* − Objection to (related document:26 Application for Extension of Loss Mitigation Period. Filed by Jennifer L. Kearney on behalf of Scott J. Supplee. Objection deadline is 7/13/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Scott J. Supplee) filed by Denise E. Carlon on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

and transact such other business as may properly come before the meeting.

Dated: July 13, 2022
JAN: kaj

                                                                     Jeanne Naughton
                                                                       Clerk